SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK (COMMERCIAL DIVISION)
------------------------------------------------------------X

| | |
|---|---|
| ACADIA CORPORATION, | Case No.: 10 Civ. 8412 (RWS) |
| Plaintiff, | ECF Case |
| - against - | |
| INSURANCE COMPANY OF NORTH AMERICA d/b/a ACE USA INSURANCE CO., and CHARTIS INC., | **RULE 7.1 STATEMENT** |
| Defendants. | |

------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Acadia Corporation (private non-governmental party) certifies that there are no publicly held corporate parents, affiliates and/or subsidiaries of said party.

DATED:  December 9, 2010

Respectfully Submitted,

/s/ John G. Kissane
John G. Kissane (JK – 2200)
Alfred E. Yudes, Jr. (AEY-4152)
Watson, Farley & Williams (New York) LLP
1133 Avenue of the Americas 11th Floor
New York, NY 10036
Tele.: (212) 922-2200
Fax:   (212) 922-1512

19122416 v1